IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 17-cv-02943-PAB

MOUNTAIN SKI TRIPS, LLC, a Colorado Limited Liability Company,

    Plaintiff,

v.

TYLER J. BOTSFORD,
VR MARKETERS, and
GREEN MONKEY MARKETING LLC,

    Defendants.
_____

**ORDER EXTENDING TEMPORARY RESTRAINING ORDER**
_____

This matter comes before the Court on the Parties' Stipulation to Extend Temporary Restraining Order During Pendency of Litigation [Docket No. 31].

On December 7, 2017, plaintiff Mountain Ski Trips, LLC filed a Motion for Temporary Restraining Order and Preliminary Injunction [Docket No. 2] seeking to enjoin defendant Tyler J. Botsford. Docket No. 2 at 1. The Court held a hearing on the motion on December 12, 2017. Docket No. 21. On December 13, 2017, the Court issued a temporary restraining order against Mr. Botsford. Docket No. 22. Pursuant to a previous stipulation, the Court extended the temporary restraining order through February 9, 2018. Docket No. 28 at 3.

The parties' present stipulation states that the parties stipulate to extend the temporary restraining order "until this case is resolved on the merits." Docket No. 31 at 2, ¶ 6. The motion further states that the "Stipulation of the Parties serves the interests

of all Parties, as well as the Court's interest in Judicial Economy," *id*., ¶ 5, and that an extension of the temporary restraining order will not unduly delay the matter or prejudice either party. *Id*., ¶ 6. Based on the foregoing, the Court finds good cause to extend the temporary restraining order [Docket No. 22] until the resolution of this litigation.

Therefore, it is

**ORDERED** that the Parties' Stipulation to Extend Temporary Restraining Order During Pendency of Litigation [Docket No. 31 is **GRANTED**. It is further

**ORDERED** that, for good cause shown and with defendants' consent, the Temporary Restraining Order [Docket No. 22] is extended pursuant to Fed. R. Civ. P. 65(b)(2). It is further

**ORDERED** that the Temporary Restraining Order [Docket No. 22] shall expire, if not modified or vacated before then, when this case is dismissed or final judgment is entered. It is further

**ORDERED** that the portion of plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction [Docket No. 2] seeking a preliminary injunction is **DENIED** as moot.

DATED February 9, 2018.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge